125 A.3d 406

Steven BURDA, Petitioner

v.

Alla KORENMAN (f/k/a Alla Burda), Respondent.

Steven Burda, Petitioner

v.

Alla Korenman (f/k/a Alla Burda), Respondent.

Steven Burda, Petitioner

v.

Alla Korenman (f/k/a Alla Burda), Respondent.

Steven Burda, Petitioner

v.

Alla Korenman (f/k/a Alla Burda), Respondent.

Steven Burda, Petitioner

v.

Alla Korenman (f/k/a Alla Burda), Respondent.

Supreme Court of Pennsylvania.

Nov. 3, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2015, the Petitions for Allowance of Appeal and Applications for Relief are **DENIED.**